**MARK R. STEWART**
Chapter 13 Standing Trustee
P.O. Box 865
Cheyenne, WY 82003-0265
(307) 778-4115

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 MAR 24  AM 11: 15

TIM J. S...

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

In re:
Richard Pasquel Romero                    |   Case No. 09-20980
Brenda Louise Romero                      |   Chapter 13

## TRANSMITTAL OF UNCLAIMED FUNDS

Mark R. Stewart, Trustee of the above estate, and hereby respectfully reports:

1. Pursuant to 11 U.S.C. §347(a) Ninety days after the final distribution under 726, 1226, or 1326 of this title in a case under chapter 7,12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of the estate shall be paid into the court and disposed of under chapter 129 of title 28.

2. That the name of the person to whom such negotiated check was issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Rocky Mtn Center Reproductive | 1080 E. Elizabeth St. Ft. Collins, CO. 80524-3953 | $.64 |

3. That the Trustee's check for $.64 payable to the U.S. Bankruptcy Court, is attached to this report and list.

DATED this 23 th day of March, 2011

_____
MARK R. STEWART, TRUSTEE